# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOHN ROBERT GANOE,   No. 2:16-cv-0019 KJM CKD P

    Plaintiff,

  v.

T. ABREU, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

John Robert Ganoe, CDCR # AT-2085, a necessary and material witness in a settlement conference in this case on January 23, 2019, is confined in California Correctional Institution (CCI), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, **to appear by video conference**, at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Wednesday, January 23, 2019 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, to participate in a settlement conference, **by video conference**, at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CCI, P.O. Box 1031, Tehachapi, California 93581:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 12, 2018

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE